UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

00 APR 28 PM 12:00

HARTFORD DIVISION

| | |
|---|---|
| In re | |
| HANDY & HARMAN REFINING GROUP, INC. and ATTLEBORO REFINING COMPANY, INC., | Chapter 11<br>Case Nos. 00-20845 (RLK)<br>and 00-20846 (RLK)<br>(Jointly Administered) |
| Debtors | April 26, 2000 |

### NOTICE OF WITHDRAWAL OF APPEARANCE BY EDWARDS & ANGELL, LLP FOR N.M. ROTHSCHILD & SONS (AUSTRALIA) LIMITED

Now comes Edward & Angell, LLP ("E&A") and withdraws its appearance by and on behalf of N.M. Rothschild (Australia) Limited ( hereinafter, "Rothschild (Australia)"). The appearance was filed exclusively in conjunction with the motion by Debtor Handy & Harman Refining Group, Inc. to Approve Precious Metals Purchase Agreement with Rothschild & Sons (the "Rothschild Motion"). The Rothschild Motion contemplated, among other things, that Rothschild (Australia) would supply doré for refining at the facility of Attleboro Refining Company, Inc. The Debtor has now advised that it does not intend to proceed with the Rothschild Motion. Rothschild (Australia) is not otherwise a party in interest in these proceedings, being neither a creditor nor an equity holder, and has expressly agreed to E&A's withdrawal. It is unnecessary and burdensome that E&A remain on the several service lists. Accordingly we withdraw our appearance and request each party receiving this notice to strike from its service list each of E&A and its several partners whose appearances have been noted of



record, including specifically the undersigned James D. McGinley; Mary P. Heffner, and Donald E. Frechette.

N.M. ROTHSCHILD & SONS
(AUSTRALIA) LIMITED

By *[signature]*
James D. McGinley (BBO# 33320)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 439-4444 (Main)
Fax: (617) 439-4170

Dated: April 26, 2000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2000, he served copies of:

Notice of Withdrawal of Appearance by Edwards & Angell, LLP for N.M. Rothschild & Sons (Australia) Limited

by causing copies of the same to be to be mailed, postage pre-paid, U.S. First Class Mail, to all parties on the attached service list.

*[signature]*
James D. McGinley

APR 28 2000 15:49 FR    Case 00-20845 FRD Doc 19-1 Filed 04/28/00    Entered 05/08/00 06:54:30    Desc Converted
from BANCAP    Page 3 of 10

HANDY & HARMAN REFINING GROUP, INC.
ATTLEBORO REFINING GROUP, INC.
#241727
## SERVICE LIST
U.S. TRUSTEE/
PARTIES REQUESTING NOTICE

Carol A. Felicetta, Esq.
Office of the U. S. Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510-7016

David M. S. Shaiken, Esq.
David M. S. Shaiken, P.C.
*Counsel for Gerald Metals, Inc.*
330 Main Street
Hartford, CT 06106

Steven D. Pohl, Esq.
Joseph F. Ryan, Esq.
Brown, Rudnick, Freed & Gesmer, P.C.
*Counsel for Fleet*
One Financial Center
Boston, MA 02111

Patricia J. Igoe, Esq.
Nixon Peabody LLP
*Counsel for Fleet*
One Citizens Plaza
Providence, RI 02903

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
*Counsel for Chain Technology, Inc.*
56 Exchange Terrace
Providence, RI 02903

Joerg H. Esdorn, Esq.
Gibson, Dunn & Crutcher LLP
*Counsel for Credit Suisse*
200 Park Ave., 47th Floor
New York, NY 10166

Richard A. Krantz, Esq.
Robinson & Cole LLP
*Counsel for Handy & Harman*
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Fleet Precious Metals
ATTN: Frederick W. Reinhardt, Vice Pres.
11 Westminster St., 5th Floor
Providence, RI 02903

Fleet National Bank
ATTN: Pres.
111 Westminster Street
Providence, RI 02903

James McGinley, Esq.
Edwards & Angell, LLP
*Counsel for N.M. Rothschild & Sons (Australia)*
101 Federal Street
Boston, MA 02110

Harold S. Novikoff, Esq.
Wachtel, Lipton, Rosen & Katz
*Counsel for Credit Suisse*
51 West 52nd St.
New York, NY 10019-6150

Barry R. Kleiner, Esq.
Wachtel, Lipton, Rosen & Katz
*Counsel for Credit Suisse First Boston International*
51 West 52nd St.
New York, NY 10019-6150

Anthony J. Smits, Esq.
Denise R. Polivy, Esq.
Bingham Dana LLP
*Counsel for Credit Suisse First Boston International*
One State Street
Hartford, CT 06103

Mary P. Heffner, Esq.
Edwards & Angell, LLP
*Counsel for N. M. Rothschild & Sons (Australia)*
2800 BankBoston Plaza
Providence, RI 02903

NM Rothschild & Sons (Australia) Limited
ATTN: Lou Ayoub, Director
1 O'Connell St., Level 16
Sydney, NSW, Australia 2000

Robert A. White, Esq.
Robert E. Kaelin, Esq.
Murtha, Cullina, Richter & Pinney LLP
*Counsel for Commodity Refining Exchange, Inc. dba*
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3469

Brian C. Courtney, Esq.
Brown, Rudnick, Freed & Gesmer, P.C.
*Counsel for Fleet National Bank &*
  *Fleet Precious Metals Inc.*
CityPlace I, 185 Asylum St.
Hartford, CT 06103

Robert M. Fleischer, Esq.
Mark R. Jacobs, Esq.
Leslie L. Lane, Esq.
Jacobs Partners LLC
*Counsel for AngloGold (Jerritt Canyon) Corp. and*
  *Cripple Creek & Victor Gold Mining Company*
Merritt View, 383 Main Avenue
Norwalk, CT 06851

Ann M. Nevins, Esq.
Office of United States Attorney
*Counsel for Department of Treasury and Dept. of Defense, Defense Reutilization and Marketing Service*
915 Lafayette Blvd., Room 309
Bridgeport, CT 06604

Donald E. Frechette, Esq.
Edwards & Angell, LLP
*Counsel for NM Rothschild & Sons (Australia) Ltd.*
90 State House Square
Hartford, CT 06103

Wesley H. Avery, Esq.
Sulmeyer, Kupetz, Baumann & Rothman
*Counsel for Unique Premium Metals*
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071-3124

Unique Premium Metals, Inc.
ATTN: Pres.
640 South Hill St., Suite 743
Los Angeles, CA 90014

Christine H. Black, Esq.
Robinson Brog Leinwand Greene G & G
*Counsel for Ciner Chemical & Refining Company*
1345 Avenue of the Americas
New York, NY 10105

Larry Lesnik, Esq.
Ravin, Greenberg & Marks
*Counsel for Metallix, Inc.*
101 Eisenhower Parkway
Roseland, NJ 07068

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith, P.C.
*Counsel for Chain Technology, Inc.*
195 Church Street, 13th Floor
New Haven, CT 06510

Jane Weisbecker Arnone, Esq.
Bernanti & Associates
*Counsel for Fleet Capital Corporation*
350 Bedford Street, Suite 201
Stamford, CT 06901

Michael J. Gearin, Esq.
Preston Gates & Ellis LLP
*Counsel for Apollo Gold Corporation*
701 Fifth Ave., #5000
Seattle, WA 98104-7078

Alan Robert Baker, Esq.
Baker O'Sullivan & Bliss, P.C.
*Counsel for Handy & Harman*
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371

Raymond C. Bliss, Esq.
Baker O'Sullivan & Bliss, P.C.
*Counsel for Handy & Harman*
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371

William J. O'Sullivan, Esq.
Baker O'Sullivan & Bliss, P.C.
*Counsel for Handy & Harman*
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371

Maria K. Tougas, Esq.
Berman and Sable
*Counsel for Shaudra Company, Inc.*
100 Pearl Street
Hartford, CT 06103

Joel N. Sable, Esq.
Berman and Sable
*Counsel for Shaudra Company, Inc.*
100 Pearl Street
Hartford, CT 06103

Glen E. Keller, Jr., Esq.
Christopher L. Richardson, Esq.
Davis, Graham & Stubbs LLP
*Counsel for Anglo Gold (Jerritt Canyon) Corp.*
370 Seventeenth St., Suite 4700
Denver, CO 80222

Glen E. Keller, Jr., Esq.
Christopher L. Richardson, Esq.
Davis, Graham & Stubbs LLP
*Counsel for Cripple Creek & Victor Gold Mining*
370 Seventeenth St., Suite 4700
Denver, CO 80222

Michael B. Guss, Esq.
Morrison Cohen Singer & Weinstein LLP
*Counsel for Sterling International Trading Corp.*
750 Lexington Ave.
New York, NY 10022

Derek M. Johnson, Esq.
Ruben, Johnson & Morgan, P.C.
*Counsel for City Industries, Inc.*
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Dean W. Baker, Esq.
Law Offices of Dean W. Baker
*Counsel for Echo Bay Management Corporation*
205 Church Street, Suite 506
New Haven, CT 06510

Mary Ann Santacroce, Esq.
Durwin P. Jones, Esq.
Joseph Avanzato, Esq.
Gordon, Muir & Foley, LLP
*Counsel for Stern/Leach Company*
10 Columbus Blvd.
Hartford, CT 06106

Krista E. Trousdale, AAG
Attorney General's Office
*Counsel for Conn. Dept. of Environmental Protection*
P.O. Box 120
55 Elm St., 2nd Floor
Hartford, CT 06141-0120

Zeisler & Zeisler, P.C.
ATTN: Jed Horwitt, Esq.
   James Berman, Esq.
*Counsel for HHRG Creditors' Committee*
P.O. Box 3186
558 Clinton Avenue
Bridgeport, CT 06605-0186

George M. Purtill, Esq.
Purtill, Purtill & Pfeffer, P.C.
*Counsel for Wel-Met Corporation*
P.O. Box 50
19 Water Street
So. Glastonbury, CT 06073-0050

Christopher Beard, Esq.
Beard & Beard
4601 North Park Avenue
Chevy Chase, MD 20815

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Carl T. Gulliver, Esq.
Coan, Lewendon, Royston & Gulliver LLC
*Counsel for Eastern Smelting & Refining Corp.*
495 Orange St.
New Haven, CT 06511

Adam M. Grochal, Esq.
Tydings & Rosenberg, LLP
*Counsel for Shaudra Company, Inc.*
100 East Pratt St.
Baltimore, MD 21202

Robert M. Fleischer, Esq.
Mark R. Jacobs, Esq.
Leslie L. Lane, Esq.
Jacobs Partners LLC
*Counsel for Compania Minera Meridian*
Merritt View, 383 Main Avenue
Norwalk, CT 06851

Robert M. Fleischer, Esq.
Mark R. Jacobs, Esq.
Leslie L. Lane, Esq.
Jacobs Partners LLC
*Counsel for Cora Materials Corp.*
Merritt View, 383 Main Avenue
Norwalk, CT 06851

Elven Precious Metals
ATTN: Mary E. Basenbark
Rte. 1 Box 60
7520 La Honda Rd.
La Honda, CA 94020

Myles H. Alderman, Jr., Esq.
Alderman & Alderman
*Counsel for Mid-States Recycling, Inc.*
One Corporate Center
Hartford, CT 06103

Robert M. Fleischer, Esq.
Mark R. Jacobs, Esq.
Leslie L. Lane, Esq.
Jacobs Partners LLC
*Counsel for Kelley Metals Corporation*
Merritt View, 383 Main Avenue
Norwalk, CT 06851

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard Inc.
*Counsel for Kelley Metals Corporation*
321 South Main St.
Providence, RI 02903

Thomas J. Sansone, Esq.
Carmody & Torrance LLP
*Counsel for Select Energy Inc.*
195 Church Street
P.O. Box 1950
New Haven, CT 06509

Anthony S. Novak, Esq.
Chorches & Novak, P.C.
*Counsel for Coeur D'Alene Mines Corporation*
1260 Silas Deane Highway
Wethersfield, CT 06109-4331

Deirdre A. Martini, Esq.
Ivey, Barnum & O'Mara, LLC
*Counsel for Apollo Gold, Inc.*
170 Mason Street
Greenwich, CT 06830
203-661-6000
FAX 203-661-9462

Robert A. White, Esq.
Robert E. Kaelin, Esq.
Murtha, Cullina, Richter & Pinney LLP
*Counsel for Graphic Recycling, Inc.*
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3469

David D. Farrell, Esq.
Thompson Coburn LLP
*Counsel for Eveready Battery Company*
One Firstar Plaza, Suite 3500
St. Louis, MO 63101
314-552-6000
FAX 314-552-7000

Holland & Hart, LLP
*Counsel for Meridian Gold Company*
555 Seventeenth St., Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Materials Management Corp.
ATTN: Michael Riess
818 Lake Avenue
Greenwich, CT 06831

The Jewelers Board of Trade
ATTN: Pres.
P.O. Box 6924
Providence, RI 02940

John D. Sigel, Esq.
Hale and Dorr LLP
*Counsel for Technic, Inc.*
60 State Street
Boston, MA 02109

William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
*Counsel for Checon Corporation*
CityPlace I - 35th Floor
Hartford, CT 06103-3488

Thomas S. Marrion, Esq.
Tyler Cooper & Alcorn, LLP
*Counsel for Deluxe Toronto Limited*
CityPlace I - 35th Floor
Hartford, CT 06103-3488

James C. Graham, Esq.
Pepe & Hazard LLP
*Counsel for Hallmark Refining Corporation*
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

*Air Mail*

**HANDY & HARMAN REFINING GROUP, INC.**
**ATTLEBORO REFINING COMPANY, INC.**
**#241727**
**20 LARGEST UNSECURED CREDITORS/**
**COMMITTEE MEMBERS ["CC"]**
**SERVICE LIST**

| | | |
|---|---|---|
| Anglogold Jerrit CanyonJV/Corp<br>ATTN: E. Kroon/K. Burritt<br>5251 DTC Parkway, Suite 700<br>Englewood, CO 80111 | BankBoston, N.A.<br>ATTN: Pres. - Precious Metals - W09.01<br>15 Westminster St.<br>Providence, RI 02903 | Coeur D'Alene Mine Corp.<br>ATTN: Wayne Vincent<br>505 Front Ave., P.O. Box 1<br>Coeur D'Alene, ID 83814 |
| Conn. Development Authority<br>ATTN: Managing Director<br>999 West Street<br>Rocky Hill, CT 06067 | Credit Suisse First Bank<br>ATTN: Stanley Steinberg<br>11 Madison Ave., 4th Floor<br>New York, NY 10010-3629 | Echo Bay Minerals Company [CC]<br>ATTN: Robert Leclerc<br>6400 South Fiddlers GRN Circl<br>Plaza Tower One, Suite 1000<br>Englewood, CO 80111-4957 |
| Gelb Refining Corp. [CC]<br>ATTN: Ken Wrightman<br>399 Kilvert St.<br>Warwick, RI 02886 | Gerald Metals Co.<br>ATTN: Suzanne Corrie<br>P.O. Box 10134<br>Stamford, CT 06904-0134 | Glines & Rhodes Inc. [CC]<br>ATTN: Richard C. Lunn<br>189 East St.<br>P.O. Box 2285<br>Attleboro, MA 02703 |
| Golden West Refining Yukon<br>ATTN: Pres.<br>Bag 4010<br>Dawson City<br>YK  Y0B 1G0 | Handy & Harman<br>ATTN: Pres.<br>300 Rye Street<br>South Windsor, CT 06074 | Handy & Harman<br>ATTN: Pres.<br>555 Theodore Fremd Ave.<br>Rye, NY 10580 |
| Handy & Harman Canada<br>ATTN: Erma Thompson<br>290 Carlingview Dr.<br>REXDALE, ON  M9W 5G1 | Handy & Harman Products [CC]<br>ATTN: Dennis C. Kelly<br>1770 Kings Highway<br>Fairfield, CT 06430 | Midwest Tool & Die Corp.<br>ATTN: Pres.<br>327 Ley Road<br>Fort Wayne, IN 46825 |
| Residual Materials [CC]<br>ATTN: Dusty Gibbs<br>22 Red Dot Place<br>Grand Forks, ND 58203 | Stern Leach Mill Division<br>ATTN: Pres./Accounting Dept<br>49 Pearl St. - P.O. Box 2018<br>Attleboro, MA 02703 | Trade - EEAC/MAEW<br>ATTN: Adel Lara<br>3421 N. 23rd St., 3rd Fl.<br>McAllen, TX 78502 |

20 Largest cont'd

Triton Mining Corporation
c/o Black Hawk Mining, Ste 2000
ATTN: Paul Caldwell, Controlr
95 Wellington St. West
TORONTO, ON  M5J 2N7

US Mint
ATTN: Pres.
916 Route 293
Westpoint, NY 10996

Wel Met Corp.
ATTN: Bill Garey
930 Wellington Ave.
Cranston, RI 02910

U.S. Bankruptcy Court, District of Connecticut
450 Main Street
Hartford, CT 06103

Eric A. Henzy, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
COUNSEL TO HANDY & HARMAN REFINING GROUP, INC.
AND ATTLEBORO REFINING COMPANY, INC.

Echo Bay Minerals Company
Attn: Tom S. Q. Yip/C. Hollis
6400 South Fiddlers Grn. Circle
Plaza Tower One, Suite 1100
Englewoods, CO 80111-4957
TWENTY LARGEST CREDITORS

Conn. Development Authority
999 West Street
Rocky Hill, CT 06067
TWENTY LARGEST CREDITORS

Anglogold Jerrit Canyon JV/Corp
Attn: E. Kroon/K. Burritt
5251 DTC Parkway, Suite 700
Englewood, CO 80111
TWENTY LARGEST CREDITORS

BankBoston, N.A.
Attn: Precious Metals - W09.01
15 Westminster Street
Providence, RI 02903
TWENTY LARGEST CREDITORS

Coeur D'Alene Mine Corp.
Attn: Wayne Vincent
505 Front Avenue, P.O. Box 1
Coeur D'Alene, ID 83814
TWENTY LARGEST CREDITORS

Technic Inc.
Attn: Dominick Passaro
One Spectacle Street
Cranston, RI 02910
TWENTY LARGEST CREDITORS

Shaudra Company Inc.
Attn: Gabe Sparagna
c/o J. Jenkins Sons Co. Inc.
1801 White Head Road
Baltimore, MD 21207

Checon Corp.
Attn: Bob Dubeau
84 Dunham Street, P.O. Box 2290
Attleboro, MA 02703
TWENTY LARGEST CREDITORS

Hallmark Refining Corp.
Attn: Tony Senff
P.O. Box 1446
Mt. Vernon, WA 98273
TWENTY LARGEST CREDITORS

City Industries, Inc.
Attn: John Loncar
1910 Wall Street
Dallas, TX 75215
TWENTY LARGEST CREDITORS

BOS_167906.1/LMASTERS