# Preston|Gates|Ellis LLP

mickg@prestongates.com

May 17, 2000

Bernadine A. Gordon
Connecticut 2nd Circuit Clerk
U.S. Bankruptcy Court
Federal Building & U.S. Courthouse
450 Main Street
Hartford, CT 06103

Re:   Handy & Harmon Refining Group, Inc. and Attleboro Refining Co., Inc.
      Case Nos. 00-20845 and 00-20846 (Jointly Administered)

Dear Mrs. Gordon:

This letter is to serve as official notice that our firm would like to be removed from the Special Notice Mailing Matrix in regards to the above-referenced matter.

If you have any question, or need any thing further, please do not hesitate to contact me.

Very truly yours,

PRESTON GATES & ELLIS LLP

By Michael J. Gearin

MJG:taydaw

K:\40769\00001\MG\MG__L30QI





A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

701 FIFTH AVENUE, SUITE 5000  SEATTLE, WA 98104-7078  TEL: (206) 623-7580  FAX: (206) 623-7022  www.prestongates.com
Anchorage  Coeur d'Alene  Hong Kong  Los Angeles  Orange County  Palo Alto  Portland  San Francisco  Seattle  Spokane  Washington, DC