IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HANDY & HARMAN REFINING GROUP, INC. and ATTLEBORO REFINING COMPANY, INC., | ) CASE NO. 0020845 (RLK) |
| | ) |
| Debtor. | ) CHAPTER 11 |
| AVX TANTALUM CORPORATION, MOVANT, | ) |
| V. | |
| HANDY & HARMAN REFINING GROUP, INC. RESPONDENT | |

### MOTION TO WITHDRAW APPEARANCE

The undersinged, William H. Bright, Jr., hereby moves to withdraw his appearance in the above-entitled action as counsel for movant, AVX Tantalum Corporation, because new counsel has appeared to represent AVX Tantalum Corporation.

Accordingly, the undersigned requests the Court's permission to withdraw from this matter.

THE MOVANT
AVX TANTALUM CORPORATION
ITS ATTORNEYS
CUMMINGS & LOCKWOOD

_____
William H. Bright, Jr., Esq.
CUMMINGS & LOCKWOOD
CityPlace I
185 Asylum Street
Hartford, CT  06103
Telephone No. (860)275-6700
Federal Bar No. CT 02494

CERTIFICATE OF SERVICE

I hereby Certify that a true and correct copy of the foregoing has been furnished by regular U.S. Mail, postage prepaid, on this 1st day of June, 2000, to :

<u>Counsel for the Debtor</u>
Eric A. Henzy, Esq.
Reid and Riege, P. C.
One State Street
Hartford, CT  06103

<u>United States Trustee</u>
Carol A. Felicetta, Esq.
Office of the United States Trustee
One Century Tower
265 Church Street
Suite 1103
New Haven, CT  06510-7016

David M. S. Shaiken, Esq.
Shaiken & Associates, P. C.
10 Columbus Boulevard
Hartford, CT  06106
For: Gerald Metals, Inc.

Joseph F. Ryan, Esq.
Steven D. Pohl, Esq.
Brown, Rudnick, Freed & Gesmer, P. C.
One Financial Center
Boston, MA  02111
For: Fleet National Bank and Fleet Precious Metals, Inc.

Patricia J. Igoe, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI  02903
Counsel for Fleet

-3-

Glen E. Keller, Jr., Esq.
Christopher L. Richardson, Esq.
Davis, Graham & Stubbs, LLP
370 17th Street
Suite 4700
Denver, CO  80201-0185
For: Cripple Creek & Victor Gold Mining Company
     Anglo Gold (Jerritt Canyon) Corp.

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI  02903
For: Chain Technology, Inc.

Joerg H. Esdorn, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
47th Floor
New York, NY  10166
Counsel for Credit Suisse First Boston

Richard A. Krantz, Esq.
Robinson & Cole, LLP
Financial Centre
695 Main Street
Stamford, CT  06904-2305
Counsel for Handy & Harmon

Fleet Precious Metals
Attn:    Frederick W. Reinhardt
         Vice President
11 Westminster Street
5th Floor
Providence, RI  02903

Fleet National Bank
Attn:    President
111 Westminster Street
Providence, RI  02903

James D. McGinley, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Counsel for N. M. Rothschild & Sons (Australia)

Harold S. Novikoff, Esq.
Barry R. Kleiner, Esq.
Wachtel, Lipton, Rosen
51 West 52nd Street
New York, NY 10019-6150
For: Credit Suisse First Boston International

Mary P. Heffner, Esq.
Edwards & Angell, LLP
2800 BankBoston Plaza
Providence, RI 02903
Counsel for N. M. Rothschild & Sons (Australia)

NM Rothschild & Sons (Australia & Sons) Limited
Attn: Lou Ayoub, Director
1 O'Connell Street
Level 16
Sydney, NSW, Australia 2000

Robert A. White, Esq.
Robert E. Kaelin, Esq.
Murtha, Cullina, Richter and Pinney LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
For: Century Refining Co. and Commodity Refining
     Exchange, Inc. d/b/a Commodity Resource &
     Environmental, Inc.

Brian C. Courtney, Esq.
Brown, Rudnick, Freed & Gesmer, P. C.
CityPlace I
185 Asylum Street
38th Floor
Hartford, CT 06103
Counsel for Fleet National Bank & Fleet Precious Metals, Inc.

Robert M. Fleischer, Esq.
Leslie L. Lane, Esq.
Mark R. Jacobs, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Avenue PH
Norwalk, CT 06851
For: Anglo Gold (Jerritt Canyon) Corp. and
    Cripple Creek & Victor Gold Mining Company
    Compania Minera, Cora Materials, Complex Elements,
    DueArt Film & Video, Inc. and Kelly Metals Corporation

Ann M. Nevins, Esq.
Assistant United States Attorney
U. S. Attorney's Office
915 Lafayette Boulevard
Room 309
Bridgeport, CT 06604
For: Department of Treasury and U. S. Mint

Donald E. Frechette, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
For: NM Rothschild & Sons (Australia)

Wesley H. Avery, Esq.
Sulmeyer, Kupetz, Baumann & Rothman
300 South Grand Avenue
14th Floor
Los Angeles, CA 90071-3124
Counsel for Unique Premium Metals

Unique Premium Metals, Inc.
Attn:    President
640 South Hill Street
Suite 743
Los Angeles, CA 90014

Alena C. Gfeller, Esq.
Berman and Sable
100 Pearl Street
Hartford, CT  06103
Counsel for Ciner Chemical & Refining Company, Inc.

Larry Lesnik, Esq.
Ravin, Greenberg & Marks
101 Eisenhower Parkway
Roseland, NJ  07068
Counsel for Metallix, Inc.

Carl T. Gulliver, Esq.
Coan, Lewendon, Royston & Gulliver, LLC
495 Orange Street
New Haven, CT  06511
Counsel for Eastern Smelting & Refining Corporation

Myles H. Alderman, Jr., Esq.
Alderman & Alderman
One Corporate Center
Hartford, CT  06103
For: Mid-States Recycling, Inc.

Jed Horwitt, Esq.
James Berman, Esq.
Zeisler & Zeisler, P. C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT  06605-0186
Counsel for Residual Materials and
Unsecured Creditors' Committee

Maria J. R. Goncalves, Esq.
James R. Oswald, Esq.
Adler, Pollock & Sheehan
2300 BankBoston Plaza
Providence, RI  02903-2443
Counsel for Stern Leach Mill Division

George M. Purtill, Esq.
Purtill, Purtill & Pfeffer
19 Water Street
P. O. Box 50
South Glastonbury, CT 06073-0050
Counsel for Wel Met Corp.

Mary Ann Santacroce, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976
Counsel for Stern Leach Company

Derek M. Johnson, Esq.
Ruben, Johnson & Morgan, P. C.
CityPlace II
10th Floor
185 Asylum Street
Hartford, CT 06103
For: City Industries, Inc.

Alan Robert Baker, Esq.
Raymond C. Bliss, Esq.
William J. O'Sullivan, Esq.
Baker, O'Sullivan & Bliss P. C.
Putnam Park
Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
For: Handy & Harman

Joel N. Sable, Esq.
Berman and Sable
100 Pearl Street
Hartford, CT 06103-4500
For: Shaudra Company, Inc.

TWENTY LARGEST UNSECURED CREDITORS SERVICE LIST

Anglogold Jerrit CanyonJV/Corp
Attn:     E. Kroon/K. Burritt
5251 DTC Parkway
Suite 700
Englewood, CO   80111

BankBoston, N.A.
Attn:     President - Precious Metals - WO9.01
15 Westminster Street
Providence, RI   02903

Coeur D'Alene Mine Corp.
Attn:     Wayne Vincent
505 Front Avenue
P. O. Box 1
Coeur D'Alene, ID   83814

Connecticut Development Authority
Attn:     Managing Director
999 West Street
Rocky Hill, CT   06067

Credit Suisse First Bank
Attn:     Stanley Steinberg
11 Madison Avenue
4th Floor
New York, NY   10010-3629

Echo Bay Minerals Company
Attn:     Tom S. Q. Yip/C. Hollis
6400 South Fiddlers Grn. Circle
Plaza Tower One
Suite 1000
Englewood, CO   80111-4957

GEIB Refining Corp.
Attn:     Ken Wrightman
399 Kilvert Street
Warwick, RI   02886

Gerald Metals Co.
Attn:     Suzanne Corrie
P. O. Box 10134
Stamford, CT  06904-0134

Glines & Rhodes Inc.
Attn:     President
189 East Street
P. O. Box 2285
Attleboro, MA  02703

Golden West Refining Yukon
Attn:     President
Bag 4010
Dawson City
YK YOB 1G0

Handy & Harman
Attn:     President
300 Rye Street
South Windsor, CT  06074

Handy & Harman
Attn:     President
916 Route 293
Westpoint, NY  10996

Handy & Harman Canada
Attn:     Erma Thompson
290 Carlingview Drive
Rexdale, ON  M9W 5G1

Handy & Harman Products
Attn:     Cathy Russo
1770 Kings Highway
Fairfield, CT  06430

Midwest Tool & Die Corp.
Attn:     President
327 Ley Road
Fort Wayne, IN  46825

Residual Materials
Attn:     Dusty Gibbs
22 Red Dot Place
Grand Forks, ND  58201

Stern Leach Mill Division
Attn:     President/Accounting Department
49 Pearl Street
P. O. Box 2018
Attleboro, MA  02703

Trade  -  EEAC/MAEW
Attn:     Adel Lara
3421 North 23rd Street
3rd Floor
McAllen, TX  78502

Triton Mining Corporation
c/o Black Hawk Mining
Attn:     Paul Caldwell, Controller
95 Wellington Street West
Suite 2000
Toronto, ON  M5J 2N7

U S Mint
Attn:     President
916 Route 293
Westpoint, NY  10996

Wel Met Corp.
Attn:     Bill Garey
930 Wellington Avenue
Cranston, RI  02910

_____
William H. Bright, Jr.

.HrtLib1:331347.1 06/01/00