ORDER ENTERED ON:
6/13/00
BL
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: )
)
HANDY & HARMAN REFINING ) CASE NO. 0020845 (RLK)
GROUP, INC. and ATTLEBORO
REFINING COMPANY, INC.,
)
Debtor. ) CHAPTER 11
AVX TANTALUM CORPORATION, )
   MOVANT,

   V.

HANDY & HARMAN REFINING
GROUP, INC.
   RESPONDENT

### ORDER

The following Motion to Withdraw Appearance, having been ~~duly heard~~ no oral by the Court, it is hereby ORDERED:

**GRANTED/~~DENIED~~.**

_____
Judge/~~Clerk~~

6/10/00

# 369

-3-

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In Re: Handy & Harman Refining Group, Inc.

Case No.: 00 - 20845
Chapter: 11

CERTIFICATE OF MAILING

**The undersigned Clerk in the Office of the United States Bankruptcy Court, hereby certifies that a copy of the document attached hereto was mailed this date to:**

Eric A. Henzy  Reid and Riege, P.C.
One State Street
Hartford, CT 06103, Debtor's Attorney

William H. Bright, Jr.  Cummings & Lockwood
CityPlace I, 185 Asylum Street, Hartford, CT 06103

Office of the United States Trustee
Copy of order placed in court mailbox

**Dated: 06/13/00**            **By: bjl**