00 JUN -8 PM 3:56

HARTFORD DIVISION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | CASE NO. 0020845(RLK) |
| HANDY & HARMAN REFINING GROUP, INC., | (Chapter 11) |
| Debtor. | JUNE 8, 2000 |

## MOTION TO WITHDRAW APPEARANCES

The undersigned hereby moves to withdraw their appearance in the above-entitled action as counsel for Century Refining, Inc. ("Century") because it has requested that the undersigned counsel no longer appear on its behalf, or represent it, in the above-referenced action. Century has been duly served with a copy of this Motion.

Accordingly, the undersigned request the Court's permission to withdraw from this matter on behalf of Century and no longer wishes to be served with pleadings in the above-referenced matter for Century.

CENTURY REFINING, INC.

By _____
Robert A. White - ct08277
Robert E. Kaelin - ct11631

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Its Attorneys

#375

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Appearances was mailed first-class, postage prepaid, on this 8th day of June, 2000 to all parties on the attached service list.

_____
Robert E. Kaelin - ct11631

## SERVICE LIST

Century Refining Incorporated
ATTN: Mr. Daniel M. Hershberger
21630 Hanover Avenue
Lakeville, Minnesota 55044

<u>Counsel for the Debtor</u>
Eric Henzy, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103

<u>United States Trustee</u>
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

<u>Counsel for Gerald Metals, Inc.</u>
David M. Shaiken, Esq.
Shaiken & Associates, P.C.
10 Columbus Boulevard
Hartford, CT 06106

Counsel for Residual Materials and
<u>Unsecured Creditors' Committee</u>
Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186

Counsel to Anglo Gold and Cripple
Creek & Victor Mining Company, Compania
Minera Meridian, Cora Materials Corp.,
Complex Elements Corporation and
<u>DuArt Film & Video, Inc.</u>
Leslie L. Lane, Esq.
Robert M. Fleischer, Esq.
Mark R. Jacobs, Esq.
Jacob Partners LLC
Merritt View
383 Main Avenue, PH
Norwalk, CT 06851

Counsel to Anglo Gold and Cripple
Creek & Victor Mining Company
Glen K. Keller, Jr., Esq.
Christopher L. Richardson, Esq.
Davis, Graham & Stubbs LLP
370 17th Street, Suite 4700
Denver, CO 80201-0185

Donald E. Frechette, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

Counsel to Unique Premium Metals, Inc.
Wesley H. Avery, Esq.
Sulmeyer, Kupetz, Baumann & Rothman
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071

Counsel to Fleet National Bank and
Fleet Precious Metals, Inc.
Joseph F. Ryan, Esq.
Steven D. Pohl, Esq.
Brown, Rudnick, Freed & Gesmer, P.C.
One Financial Center
Boston, MA 02111

Brian C. Courtney, Esq.
Brown, Rudnick, Freed & Gesmer, P.C.
185 Asylum Street, 38th Floor
Hartford, CT 06103

Counsel to City Industries, Inc.
and Safety-Kleen Corp.
Derek M. Johnson, Esq.
Ruben, Johnson & Morgan, P.C.
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Counsel for Stern Leach Mill Division
Maria J.R. Goncalves, Esq.
James R. Oswald, Esq.
Adler, Pollock & Sheehan
2300 BankBoston Plaza
Providence, RI 02903-2443

Mary Ann Santacroce, Esq.
Gordon, Muir & Foley, LLC
10 Columbus Boulevard
Hartford, CT 06106

Counsel to Handy & Harman
Alan Robert Baker, Esq.
Raymond C. Bliss, Esq.
William J. O'Sullivan, Esq.
Baker, O'Sullivan & Bliss, P.C.
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371

Counsel to Wel Met Corp.
George M. Purtill, Esq.
Purtill, Purtill & Pfeffer
19 Water Street
P.O. Box 50
South Glastonbury, CT 06073-0050

Counsel to Shaudra Company, Inc.
Joel N. Sable, Esq.
Berman and Sable
100 Pearl Street
Hartford, CT 06103-4500

Counsel to US Mint
Ann Nevins, Esq.
Assistant United States Attorney
915 Lafayette Boulevard, Suite 309
Bridgeport, CT 06604

Counsel to Credit Suisse First Boston International
Harold S. Novikoff, Esq.
Barry R. Kleiner, Esq.
Wachtel, Lipton, Rosen and Katz
51 West 52nd Street
New York, NY 10019-6150

Joerg H. Esdorn, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

-3-

Anthony J. Smits, Esq.
Denise R. Polivy, Esq.
Bingham Dana LLP
One State Street
Hartford, CT 06103

Counsel to Chain Technology, Inc.
and Emerson Electric Company
Douglas S. Skalka, Esq.
Neubert Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Counsel to Echo Bay Management
Corporation, Echo Bay Minerals
Company and Residual Materials, Inc.
Dean W. Baker, Esq.
Law Office of Dean W. Baker
205 Church Street
New Haven, CT 06510

Counsel to Connecticut Department of
Environmental Protection
Krista E. Trousdale, Esq.
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Counsel to Eastern Smelting & Refining Corp.
Carl T. Gulliver, Esq.
Coan, Lewendon, Royston & Gulliver, LLC
495 Orange Street
New Haven, CT 06511

Counsel to Kelley Metals Corporation
Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, RI 02903

Counsel to Hallmark Refining Corporation
James C. Graham, Esq.
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302

<u>Counsel to Checon Corporation</u>
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace I-35th Floor
Hartford, CT 06103-3488

<u>Counsel to Deluxe Toronto Limited</u>
Thomas S. Marrion, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace I-35th Floor
Hartford, CT 06103-3488

<u>Counsel to Browning Resources U.S., Inc.</u>
Attorney Barbara H. Katz
Law Office of Barbara H. Katz
57 Trumbull Street
New Haven, CT 06510

<u>Counsel for Pease & Curren, Inc.</u>
Richard S. Mittleman, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

<u>Counsel for Celanese Ltd.</u>
Celanese Ltd
Attn: Kim Horan
1601 West LBJ Freeway
P.O. Box 819005
Dallas, TX 75381

David S. Rosner, Esq.
Adam L. Shiff, Esq.
Kasowitz, Benson, Torres &
  Friedman LLP
1301 Avenue of the Americas
New York, NY 10019

<u>Counsel for Glines & Rhodes, Inc.</u>
John C. Hutchins, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

<u>Counsel for AVX Tantalum Corporation</u>
Joshua W. Cohen, Esq.
John F. Carberry, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

<u>Counsel for Refining One, Inc.</u>
John J. O'Neil, Jr., Esq.
Francis, O'Neil & Del Piano
255 Main Street
Hartford, CT 06106