00 JUN -8 PM 3: 56

HARTFORD DIVISION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | CASE NO. 0020845(RLK) |
| HANDY & HARMAN REFINING GROUP, INC., | (Chapter 11) |
| Debtor. | JUNE 8, 2000 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw its appearance in the above-entitled action as counsel for Graphic Recycling, Inc. ("Graphic"), because it has requested that the undersigned counsel no longer appear on its behalf, or represent it, in the above-referenced action. Graphic has been duly served with a copy of this Motion.

Accordingly, the undersigned requests the Court's permission to withdraw from this matter on behalf of Graphic and no longer wishes to be served with pleadings in the above-referenced matter for Graphic.

GRAPHIC RECYCLING, INC.

By /s/ Robert S. Kaelin
Robert E. Kaelin - ct11631

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was mailed first-class, postage prepaid, on this 8th day of June, 2000 to all parties on the attached service list.

_____
Robert E. Kaelin - ct11631

SERVICE LIST

Graphic Recycling, Inc.
ATTN: Mr. Howard K. Albano
7331 Fulton Avenue
North Hollywood, CA 91605

Counsel for the Debtor
Eric Henzy, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103

United States Trustee
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

Counsel for Gerald Metals, Inc.
David M. Shaiken, Esq.
Shaiken & Associates, P.C.
10 Columbus Boulevard
Hartford, CT 06106

Counsel for Residual Materials and Unsecured Creditors' Committee
Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186

Counsel to Anglo Gold and Cripple Creek & Victor Mining Company, Compania Minera Meridian, Cora Materials Corp., Complex Elements Corporation and DuArt Film & Video, Inc.
Leslie L. Lane, Esq.
Robert M. Fleischer, Esq.
Mark R. Jacobs, Esq.
Jacob Partners LLC
Merritt View
383 Main Avenue, PH
Norwalk, CT 06851

Counsel to Anglo Gold and Cripple
<u>Creek & Victor Mining Company</u>
Glen K. Keller, Jr., Esq.
Christopher L. Richardson, Esq.
Davis, Graham & Stubbs LLP
370 17th Street, Suite 4700
Denver, CO 80201-0185

Donald E. Frechette, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

<u>Counsel to Unique Premium Metals, Inc.</u>
Wesley H. Avery, Esq.
Sulmeyer, Kupetz, Baumann & Rothman
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071

Counsel to Fleet National Bank and
<u>Fleet Precious Metals, Inc.</u>
Joseph F. Ryan, Esq.
Steven D. Pohl, Esq.
Brown, Rudnick, Freed & Gesmer, P.C.
One Financial Center
Boston, MA 02111

Brian C. Courtney, Esq.
Brown, Rudnick, Freed & Gesmer, P.C.
185 Asylum Street, 38th Floor
Hartford, CT 06103

Counsel to City Industries, Inc.
<u>and Safety-Kleen Corp.</u>
Derek M. Johnson, Esq.
Ruben, Johnson & Morgan, P.C.
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

<u>Counsel for Stern Leach Mill Division</u>
Maria J.R. Goncalves, Esq.
James R. Oswald, Esq.
Adler, Pollock & Sheehan
2300 BankBoston Plaza
Providence, RI 02903-2443

Mary Ann Santacroce, Esq.
Gordon, Muir & Foley, LLC
10 Columbus Boulevard
Hartford, CT 06106

<u>Counsel to Handy & Harman</u>
Alan Robert Baker, Esq.
Raymond C. Bliss, Esq.
William J. O'Sullivan, Esq.
Baker, O'Sullivan & Bliss, P.C.
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371

<u>Counsel to Wel Met Corp.</u>
George M. Purtill, Esq.
Purtill, Purtill & Pfeffer
19 Water Street
P.O. Box 50
South Glastonbury, CT 06073-0050

<u>Counsel to Shaudra Company, Inc.</u>
Joel N. Sable, Esq.
Berman and Sable
100 Pearl Street
Hartford, CT 06103-4500

<u>Counsel to US Mint</u>
Ann Nevins, Esq.
Assistant United States Attorney
915 Lafayette Boulevard, Suite 309
Bridgeport, CT 06604

Counsel to Credit Suisse First
<u>Boston International</u>
Harold S. Novikoff, Esq.
Barry R. Kleiner, Esq.
Wachtel, Lipton, Rosen and Katz
51 West 52nd Street
New York, NY 10019-6150

Joerg H. Esdorn, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

Anthony J. Smits, Esq.
Denise R. Polivy, Esq.
Bingham Dana LLP
One State Street
Hartford, CT 06103

Counsel to Chain Technology, Inc.
and Emerson Electric Company
Douglas S. Skalka, Esq.
Neubert Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Counsel to Echo Bay Management
Corporation, Echo Bay Minerals
Company and Residual Materials, Inc.
Dean W. Baker, Esq.
Law Office of Dean W. Baker
205 Church Street
New Haven, CT 06510

Counsel to Connecticut Department of
Environmental Protection
Krista E. Trousdale, Esq.
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Counsel to Eastern Smelting & Refining Corp.
Carl T. Gulliver, Esq.
Coan, Lewendon, Royston & Gulliver, LLC
495 Orange Street
New Haven, CT 06511

Counsel to Kelley Metals Corporation
Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
The Heritage Building
321 South Main Street
Providence, RI 02903

Counsel to Hallmark Refining Corporation
James C. Graham, Esq.
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302

Counsel to Checon Corporation
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace I-35th Floor
Hartford, CT 06103-3488

Counsel to Deluxe Toronto Limited
Thomas S. Marrion, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace I-35th Floor
Hartford, CT 06103-3488

Counsel to Browning Resources U.S., Inc.
Attorney Barbara H. Katz
Law Office of Barbara H. Katz
57 Trumbull Street
New Haven, CT 06510

Counsel for Pease & Curren, Inc.
Richard S. Mittleman, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Counsel for Celanese Ltd.
Celanese Ltd
Attn: Kim Horan
1601 West LBJ Freeway
P.O. Box 819005
Dallas, TX 75381

David S. Rosner, Esq.
Adam L. Shiff, Esq.
Kasowitz, Benson, Torres &
  Friedman LLP
1301 Avenue of the Americas
New York, NY 10019

Counsel for Glines & Rhodes, Inc.
John C. Hutchins, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

<u>Counsel for AVX Tantalum Corporation</u>
Joshua W. Cohen, Esq.
John F. Carberry, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

<u>Counsel for Refining One, Inc.</u>
John J. O'Neil, Jr., Esq.
Francis, O'Neil & Del Piano
255 Main Street
Hartford, CT 06106